Clerk's Office
United States District Court
Eastern District of New York

# NOTICE OF RELATED CASE ASSIGNMENT

Civil action 06 CV 2440 was assigned to Judge Gleeson and Magistrate Judge Matsumoto as related to 06 CV 1157 on 5/19, 2006.

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
Case File